IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 25, 2008

Charles R. Fulbruge III
Clerk

No. 07-20536
Summary Calendar

RONALD HAMILTON

Plaintiff-Appellant

v.

KEVIN LEWIS RAVEN, Officer; TED ANTHONY ADAMS, Officer; JASON
SCALES, Officer; CITY OF HOUSTON POLICE DEPARTMENT

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:06-CV-4093

Before REAVLEY, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Ronald Hamilton, Texas prisoner # 1358069, was convicted of aggravated
assault on a public servant. He filed the instant 42 U.S.C. § 1983 suit to seek
redress for injuries that he suffered in connection with his arrest, and the
district court dismissed the suit as barred by Heck v. Humphrey, 512 U.S. 477,
486-87 (1994). Hamilton now appeals the district court's dismissal, which was

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion
should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

pursuant to 28 U.S.C. § 1915A. Hamilton insists that he had a valid excessive force claim and that the district court erred by dismissing this claim.

Hamilton has not shown that the district court erred by dismissing his suit. An excessive force claim that relates to events leading to a conviction for aggravated assault under Texas law is barred by Heck. See Hainze v. Richards, 207 F.3d 795, 798 (5th Cir. 2002); Sappington v. Bartee, 195 F.3d 234, 237 (5th Cir. 1999). Hamilton's arguments to the contrary are unavailing. The judgment of the district court is AFFIRMED.